FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

May 06, 2026

SEAN F. MCAVOY, CLERK

MICHELLE H.

*Plaintiff*

v.

FRANK BISIGNANO,
COMMISSIONER OF SOCIAL SECURITY

*Defendant*

)
)
)
)
)
)

Civil Action No.   1:25-CV-03205-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑  other:    Pursuant to the Court Order at ECF No 14, Plaintiff's Opening Brief, ECF No. 11, is GRANTED, and the Commissioner's Brief, ECF No. 12, is DENIED.
The decision of the Commissioner is reversed and remanded for an immediate award of benefits.
Judgment is entered for Plaintiff.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge    Stanley A. Bastian.

Date:   5/6/2026

*CLERK OF COURT*

s/Sean F. McAvoy

*Signature of Clerk*